## Anton Macal, Appellant, v. Chicago Tumor Institute, etc., et al., Appellees.

### Gen. No. 46,612. (Abstract of Decision.)

First District, Second Division.

February 21, 1956.

Released for publication April 3, 1956.

Roger J. Boylan, for plaintiff-appellant; Albert M. Howard, for appellee; Charles D. Snewind, of counsel. Opinion by JUDGE ROBSON. Not to be published in full.